# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MANESSA FLONNOY                                                                        PLAINTIFF

v.                                 4:07CV00572 JLH/JTR

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                     DEFENDANT

## **ORDER**

      The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

      IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it hereby is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

      DATED this 24th day of July, 2009.

                                                                                                                    
UNITED STATES DISTRICT JUDGE