**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MANESSA FLONNOY                                                                                            PLAINTIFF

v.                                         4:07CV00572 JLH/JTR

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case be DISMISSED, WITH PREJUDICE. The relief sought is DENIED.

Dated this 24th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE